# UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT

February 26, 2010

## ERRATA

**2008-1596  CROCS, INC.   v   ITC**

**Decided: FEBRUARY 24, 2010 Precedential Opinion**

On page 3, line 1, add the following sentence:

connectors such that the moldable foam material of the strap section is in